# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30279

SHEWANDA HUBBARD,

>  Plaintiff - Appellant

v.

WINN-DIXIE MONTGOMERY, L.L.C.,

>  Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**FILED**

February 20, 2015

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-00504

Before STEWART, Chief Judge, BARKSDALE, and GRAVES, Circuit Judges.

PER CURIAM:*

Winn-Dixie Montgomery, LLC was awarded summary judgment in an action by Shewanda Hubbard involving a slip and fall. Hubbard appeals. Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court, *Hubbard v. Winn-Dixie Montgomery, LLC,* No. 13-0504, 2014 WL 1050768 (E.D. La. March 18, 2014), the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.